IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EARNEST TYELL FRIAR, JR**                                                           **PLAINTIFF**

v.                          Case No. 1:11-cv-16-DPM-HDY

**MELISSA HOOD, JOHN FERGUSON,**
**STEVE JEFFERY, and BOB BURNETT**                                         **DEFENDANTS**

### ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommendations, *Document No. 15*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Friar's complaint, *Document No. 2*, is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order. *Document No. 12*.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 July 2011