IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EARNEST TYELL FRIAR, JR**                                              **PLAINTIFF**

v.              **Case No. 1:11-cv-16-DPM-HDY**

**MELISSA HOOD, JOHN FERGUSON,
STEVE JEFFERY, and BOB BURNETT**                         **DEFENDANTS**

## JUDGMENT

Earnest Friar Jr.'s complaint, *Document 2*, is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 July 2011